```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 03666
    CHARLES E PEPPERS
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-3778


------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 03/02/2007 and was not confirmed.

      The case was dismissed without confirmation 07/12/2007.
------------------------------------------------------------------------
CREDITOR NAME               CLASS         CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
------------------------------------------------------------------------
DEUTSCHE BANK NATIONAL T  CURRENT MORTG       .00           .00            .00
DEUTSCHE BANK NATIONAL T  MORTGAGE ARRE       .00           .00            .00
AMERICAN GENERAL FINANCE  SECURED VEHIC       .00           .00            .00
CAPITAL ONE               UNSECURED     NOT FILED           .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED       4487.56           .00            .00
FEDERATED RETAIL HOLDING  UNSECURED        342.94           .00            .00
AMERICAN GENERAL FINANCE  UNSECURED        901.13           .00            .00
AMERICAN GENERAL FINANCE  UNSECURED           .00           .00            .00
ROUNDUP FUNDING LLC       UNSECURED        576.09           .00            .00
PHILIP A IGOE             DEBTOR ATTY        .00                           .00
TOM VAUGHN                TRUSTEE                                          .00
DEBTOR REFUND             REFUND                                      1,300.00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                      RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE               1,300.00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                1,300.00
                      --------------     --------------
TOTALS                1,300.00              1,300.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/23/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 03666 CHARLES E PEPPERS